IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TRUSTEES OF THE SOUTHWEST OHIO :
REGIONAL COUNCIL OF CARPENTERS
PENSION FUND,                    :

        Plaintiff(s),        :        Case No. 3:11cv111

- vs -                           :
                                          Judge Walter Herbert Rice
ELDER BEERMAN et. al.,           :

        Defendant(s).        :

**ORDER**

Pursuant to the Stay Order of November 25, 2011, it is hereby ordered that the above captioned cause be administratively processed.

December 5, 2011 JDF
~~November 28, 2011~~

                                     WALTER HERBERT RICE, JUDGE
                                     UNITED STATES DISTRICT COURT

AOProcessing/"Case Stayed: Arbitration"